ABDALLA J. INNABI - Bar No. 172302
AMER INNABI – Bar No. 225413
INNABI LAW GROUP, APC
2500 East Colorado Boulevard, Suite 230
Pasadena, California 91107
Telephone: (626) 395-9555
Facsimile:  (626) 395-9444
Attorneys for Plaintiff,
JENNY LUONG

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JENNY LUONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No.: 5:20-cv-00263-JGB (SHKx)<br><br>Judge: Hon. Jesus G. Bernal<br><br>**ORDER RE: REMANDING ACTION BACK TO STATE COURT** |

## ORDER

On August 11, 2020, the Parties to the above-referenced action filed a Stipulation to Remand the Action Back to State Court.  The Court having reviewed that stipulation and good cause appearing, orders as follows:

　　1.　　The Parties' stipulation is approved;

　　2.　　Central District of California case number 5:20-cv-00263-JGB (SHKx) JENNY LUONG v. COSTCO WHOLESALE CORPORATION, et al. is hereby remanded to San Bernardino County Superior Court, Civil Division (San Bernardino Courthouse).

**IT IS SO ORDERED.**

Dated: August 17, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
**ORDER RE: REMANDING ACTION BACK TO STATE COURT**